**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JUSTINO S. VALLE-GARCIA,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, JR., Attorney General,<br><br>Respondent. | No. 10-71816<br><br>Agency No. A072-290-371<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 6, 2014[**]
Pasadena, California

Before: FERNANDEZ, GRABER, and MURGUIA, Circuit Judges.

Petitioner Justino Valle-Garcia petitioned for review of a Board of

Immigration Appeals (BIA) final order of removal on the ground that the BIA

erred in concluding that Petitioner was ineligible for cancellation of removal. The

BIA's final order was issued on March 18, 2008, when it denied Petitioner relief

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

from deportation but remanded to the immigration judge for voluntary departure proceedings. *See Pinto v. Holder*, 648 F.3d 976, 982 (9th Cir. 2011). Petitioner sought review in this court on June 9, 2010, more than two years later. Because 8 U.S.C. § 1252(b)(1) limits our review to petitions filed within thirty days of the date of the final order of removal, we lack jurisdiction to consider the petition.[1] *See Yepremyan v. Holder*, 614 F.3d 1042, 1043 (9th Cir. 2010) (per curiam) (noting that the time limit under 8 U.S.C. § 1252(b)(1) is jurisdictional).

**PETITION FOR REVIEW DISMISSED.**

---

[1] In light of our disposition, the Government's motion to dismiss for lack of jurisdiction is **DISMISSED** as moot.